**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MAILEN DIAZ GARROTE,
as next friend of DENNIS HUMBERTO MORENO CHOV,

     Petitioner,

v.                                No. 2:26-cv-0056-MLG-JFR

DORA CASTRO, Warden of Otero County
Processing Center, et al.,

     Respondents.

**ORDER TO SHOW CAUSE FOR
FAILRUE TO COMPLY WITH THE COURT'S FEBRUARY 12, 2026 ORDER**

This matter is before the Court sua sponte. The Court issued an Order Granting Petition for Writ of Habeas Corpus ("Order") on February 12, 2026. Doc. 10. The Court ordered Dennis Humberto Moreno Chov receive an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days of the Order. *Id.* at 5. Respondents were further ordered to file a status report within ten days from the date of the Order stating whether the bond was granted, and if the bond was denied, the reasons for the denial. *Id.* As of the date of this Order, Respondents have not filed a status report or any other pleading regarding Moreno Chov's bond hearing. *See generally* Docket.

Respondents are hereby ordered to show cause as to why they failed to file a status report within ten days of the Court's February 12, 2026 Order. Respondents are further ordered to file a status report indicating whether Moreno Chov received a bond hearing,[1] the date and outcome of

---

[1] Petitioner Mailen Diaz Garrote filed a Motion to Enforce on March 19, 2026. Doc. 12. The Motion to Enforce asserts no bond hearing has taken place. *Id.* at 2, 4.

2

the hearing, and if bond was denied, the reason for the denial. Respondents shall file their pleading demonstrating cause and the status report no later than 9:00 am Monday, March 23, 2026.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

2