**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DENNIS HUMBERTO MORENO CHOV

Petitioner,

v. No. 2:26-cv-00056-MLG-JFR

WARDEN, Otero County Processing Center; et al,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Petitioner Dennis Humberto Moreno Chov's Amended Petition for Writ of Habeas Corpus ("Petition"). Doc. 21. The Court, having considered the Petition, having held a hearing on October 30, 2026, and being otherwise fully informed, denies the request for immediate release and instead orders a custody redetermination hearing before an Immigration Judge. The custody redetermination hearing shall take place within fourteen days of entry of this order. A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA